UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN F. LADENBURG,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation,

        Defendant.

NO. C00-5466RJB

STIPULATION FOR AND ORDER OF DISMISSAL

COME NOW the parties, by and through their respective counsel, and hereby stipulate and agree that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without costs.

DATED this 8 day of January, 2001.

KRILICH, LA PORTE,
WEST & LOCKNER, P.S.

By: /s/ Erik F. Ladenburg
Erik F. Ladenburg WSBA #29328
Attorney for Plaintiff

DATED this 4th day of January, 2001.

STOEL RIVES LLP

By: /s/ Kendall J. Fisher
Kendall J. Fisher, WSBA #28855
Attorney for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1 -

Krilich, La Porte,
West & Lockner, P.S.
Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

## ORDER

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled court, upon the stipulation of the parties for an order of dismissal with prejudice, and the court being fully advised in the premises; now, therefore, it is hereby

ORDERED, that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs to any of the parties.

DONE this __19__ day of __Jan__, 2001.

_____
JUDGE

Presented by:

KRILICH, LA PORTE,
WEST & LOCKNER, P.S.

By: _____
Erik F. Ladenburg WSB # 29328
Attorney for Plaintiff


Approved as to form; Notice
of Presentation Waived:

STOEL RIVES LLP

By: _____
Kendall J. Fisher, WSB #28855
Attorney for Defendant

STIPULATION AND ORDER OF DISMISSAL - 2 -

Krilich, La Porte,
West & Lockner, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

ec

United States District Court
for the
Western District of Washington
January 19, 2001


* * MAILING CERTIFICATE OF CLERK * *


Re:   3:00-cv-05466


True and correct copies of the attached were mailed by the clerk to the following:

   Erik Francis Ladenburg, Esq.
   KRILICH, LA PORTE, WEST & LOCKNER
   524 TACOMA AVE S
   TACOMA, WA  98402-5416
   253-383-4704

   Kendall Joy Fisher, Esq.
   *STOEL RIVES LLP*
   STE 3600
   600 UNIVERSITY ST
   SEATTLE, WA  98101-3197
   FAX 386-7500

   Edward M Hall, Esq.
   JONES DAY REAVIS & POGUE
   STE 1100
   5 PARK PLAZA
   IRVINE, CA  92614-5976

   RJB